**FILED**
CLERK, U.S. DISTRICT COURT

May 19, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>v. )<br>ELVERTH ADAN RODRIGUEZ, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 5:19-CR-00372-JGB<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation

(X) information in the violation petition and report(s)

(X) the defendant's nonobjection to detention at this time

( ) other:

1

1       and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and

3          convincing evidence that he/she is not likely to pose a danger to the safety

4          of any other person or the community if released under 18 U.S.C.

5          § 3142(b) or (c). This finding is based on the following:

6          (X)    information in the Pretrial Services Report and Recommendation

7          (X)    information in the violation petition and report(s)

8          (X)    the defendant's nonobjection to detention at this time

9          ( )    other:

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: May 19, 2021

15                                KENLY KIYA KATO
                               United States Magistrate Judge